UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS,

            Plaintiff,

against

SPARTINA LLC,

            Defendant.

CIVIL ACTION NO.: 20 Civ. 4154 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this matter was filed on May 31, 2020 (ECF No. 1) and was served on Defendant on June 9, 2020. (ECF No. 16). The Answer was due on June 30, 2020 and to date has not been submitted to the Court.

Plaintiff is now **ORDERED** to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment against Defendant SpartinaLLC in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55, by no later than **July 20, 2020**.

Dated:    New York, New York
             July 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**