UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS,

                  Plaintiff,

against

SPARTINA LLC,

                  Defendant.

CIVIL ACTION NO.: 20 Civ. 4154 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Clerk of Court entered a Certificate of Default as to Spartina LLC on July 8, 2020.

Plaintiff is now ORDERED to file a Motion for Default Judgment against Defendant Spartina LLC in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55, by no later than **July 31, 2020**.

Dated:      New York, New York
              July 21, 2020

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**