**大成 DENTONS**

| | | |
|---|---|---|
| **Timothy J. Straub**  Managing Associate  timothy.straub@dentons.com  D   +1 212 768 6821 | | Dentons US LLP  1221 Avenue of the Americas  New York, NY  10020-1089  United States |

大成  Salans FMC SNR Denton McKenna Long
dentons.com

November 20, 2020

<u>**VIA ECF**</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Williams v. Spartina LLC: Case No. 1:20-cv-04154-PGG-SLC

Dear Judge Cave:

We represent defendant Spartina LLC. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we respectfully move the Court to stay all case deadlines for forty-five (45) days until January 4, 2021.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will seek the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

---

The requested extension of the discovery deadlines until **January 4, 2021** is GRANTED.

If no stipulation of dismissal has been filed by that date, the Court will hold an initial conference and set a discovery schedule.

The Clerk of Court is respectfully directed to close ECF No. 22

SO ORDERED          11/23/2020

*[signature]*
SARAH L. CAVE
United States Magistrate Judge

US_Active\115752514\V-1