**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PAMELA WILLIAMS, on behalf of himself and
all others similarly situated,
                        Plaintiff,

      -against-                                                20 **CIVIL** 4154

                                                                       **JUDGMENT**

SPARTINA LLC,
                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 30, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Pamela Williams and Plaintiff's attorney state that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party shall bear their own attorneys' fees, costs, and disbursements. Judgment is hereby entered.

**Dated:** New York, New York
           February 2, 2021

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                        **BY:**   *K. Mango*
                                                                  **Deputy Clerk**